FILED
2021 May-24  PM 12:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **WILLIAM WESLEY FIFE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:20-cv-01916-RDP-HNJ |
| **TUSCALOOSA COUNTY SHERIFF'S OFFICE, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on May 3, 2021, recommending the court dismiss this action pursuant to 28 U.S.C. § 1915A(b)(1) for Plaintiff's failure to state a claim upon which relief may be granted. (Doc. 6). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** his Recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for Plaintiff's failure to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this May 24, 2021.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE